September 22, 2006

Mr. Wayne Clawater
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, TX 77019
Mr. Steven B. Thorpe
Thorpe, Hatcher & Washington, LLP
2929 Carlisle, Suite 250
Dallas, TX 75204

RE: Case Number: 05-1018
 Court of Appeals Number: 12-04-00314-CV
 Trial Court Number: 2002-272-A

Style: ROBERT W. CARY, M.D.
 v.
 MITCH ALFORD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Barbara |
| |Duncan |
| |Ms. Cathy S. |
| |Lusk |